# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON J. CURTIS,<br><br>　　　　　　Defendant. | 8:04CR511<br><br>ORDER |

This matter is before the court on the defendant's Motion to Review Order of Detention [245]. Following a hearing on the motion on January 31, 2018, the court finds the motion should be granted. The defendant will be released on current conditions of supervision with additional conditions.

IT IS ORDERED:

1. The Motion to Review order of Detention [245] is granted.

2. The defendant is released on current conditions of supervision.

3. The defendant shall have no contact with the following person: Brian Curtis; directly or indirectly, including correspondence, telephone, or communication through third parties.

4. The defendant shall not enter onto the premises, travel past, or loiter near the residence, 3905 North 18th Street, Omaha, Nebraska.

Dated this 31st day of January, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge