# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON J. CURTIS,<br><br>　　　　　Defendant. | 8:04CR511 |

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

The United States of America has moved the Court, pursuant to 28 U.S.C. § 3008 and Rule 69(a) of the Federal Rules of Civil Procedure, for an Order for the examination of defendant Brandon J. Curtis .

It is ORDERED that this action is referred to United States Magistrate Judge Susan M. Bazis for processing and handling in accordance with 28 U.S.C. §§ 636 and 3008, Nebraska local General Rule 1.4(a)(2)(B) and Nebraska local Civil Rule 72.1(e).

It is further ORDERED that the United States shall obtain discovery as provided in the Federal Rules of Civil Procedure or in accordance with Rule 69(a)(2).

Date:  August 29, 2022

_____
JOSEPH F. BATAILLON
Senior United States District Judge