IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRANDON J. CURTIS,<br><br>    Defendant. | 8:04CR511<br><br>ORDER |

This matter comes before the Court on its own motion. The Government filed Motion for Order of Default and to Show Cause Regarding Defendant's Failure to Make Required Minimum Monthly Restitution Payments on March 10, 2023. Filing No. 265. To date, Defendant has not filed a reply.

THEREFORE, IT IS ORDERED that Defendant shall have 14 days from the date of this order to file a reply to the Government's motion, Filing No. 265.

Dated this 29th day of March, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge